. William B. Austin v. Grace Dorothy Ehrenstrom et al., on appeal of William B. Austin, respondent-appellant, v. John A. Hoglund, appellee. Gen. No. 32,996.

 Opinion filed May 29, 1929.

Deming, Jarrett & Mulfinger, for appellant; Edwin K. Walker, of counsel. Henry P. Heizer, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

The Engineering Agency, Inc. (plaintiff) appellee, v. Robert H. Ford, Jr., defendant, on appeal of The Pacific Mutual Life Insurance Company of California, appellant. Gen. No. 33,083.

Opinion filed May 29, 1929.

McKinley & Killinger, for appellant; Henry A. Steinberg, of counsel. Clarence A. Samuel, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

Audrey Lane, appellee, v. Peter Tutules and William Kaplan, appellants. Gen. No. 33,092.

 Opinion filed May 29, 1929.

Morris K. Levinson, for appellants. Marx Loehwing and John T. Murray, for appellee.

Mr. Justice Ryner delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Christ Lambos, plaintiff in error. Gen. No. 33,179.

 Opinion filed May 29, 1929.

Mr. Justice Wilson delivered the opinion of the court.